UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEFFREY FRY,<br><br>    Plaintiff,<br><br>    v.<br><br>PHIL R. STAMMITTI, et al.,<br><br>    Defendants. | )   CASE NO. 1:24-CV-00126<br>)<br>)   JUDGE BRIDGET MEEHAN BRENNAN<br>)<br>)   **JOINT MOTION TO DROP DEFENDANTS**<br>)   **OFFICER ALI SABEIHA AND THE CITY**<br>)   **OF ELYRIA UNDER CIVIL RULE 21,**<br>)   **DISMISSING ALL CLAIMS AGAINST**<br>)   **THEM WITH PREJUDICE**<br>) |

Plaintiff Jeffrey Fry and Defendants Officer Ali Sabeiha and the City of Elyria, in

accordance with Federal Civil Rule 21, jointly request that the Court drop Defendants Sabeiha and

City of Elyria from the above-captioned action, dismissing all claims against them with prejudice.

All claims against all other Defendants remain pending.

Respectfully submitted,

*/s/ Nicholas A. DiCello*
NICHOLAS A. DICELLO (0075745)
JEREMY A. TOR (0091151)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232 | (216) 696-3924 (FAX)
*ndicello@spanglaw.com*
*jtor@spanglaw.com*
***Counsel for Plaintiff***

*/s/ John T. McLandrich*
JOHN T. MCLANDRICH (0021494)
JILLIAN ECKART (0088770)
**MAZANEC, RASKIN & RYDER CO., L.P.A.**
100 Franklin's Row, 34305 Solon Road
Cleveland, OH  44139
*jmclandrich@mrrlaw.com*
*jeckart@mrrlaw.com*
***Counsel for Defendants City of Elyria / Elyria Police Department and Police Officer Ali Sebeiha***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April 2026, I electronically filed the foregoing Motion to Drop Defendants Officer Ali Sabeiha and the City of Elyria Under Civil Rule 21, Dismissing All Claims Against Them with Prejudice with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record and may be obtained through the Court's CM/ECF Systems.

*/s/ Nicholas A. DiCello*
NICHOLAS A. DICELLO (0075745)
***Counsel for Plaintiff***