UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY FRY, | ) | CASE NO:  1:24-CV-00126 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| PHIL R. STAMMITTI, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

On June 4, 2026, the parties jointly informed the Court via email that they reached a settlement in this matter.  In light of the parties' representation that the matter has settled, the docket shall be marked "dismissed without prejudice."  This Order terminates any pending motions and deadlines.  The parties shall submit a joint proposed and executed order of dismissal with prejudice within sixty (60) days from the date of this Order, which, if approved, shall supersede this Order.

**IT IS SO ORDERED.**

Date:   June 4, 2026

           _____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE