**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Jeffrey Fry, | : | Case No. 1:24-cv-00126 |
| | : | |
| Plaintiff, | : | Judge Bridget Meehan Brennan |
| v. | : | |
| | : | |
| Phil R. Stammitti, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF STIPULATION OF DISMISSAL PURSURANT TO CIVIL RULE 41(A)**

Now come the parties and hereby dismiss all claims in the above captioned action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each side to bear their own attorneys' fees and costs.

Respectfully Submitted,

/s/ Jeremy A. Tor
NICHOLAS A. DICELLO (0075745)
JEREMY A. TOR (0091151)
SPANGENBERG SHIBLEY & LIBER
LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232 | (216) 696-3924 (FAX)
ndicello@spanglaw.com
jtor@spanglaw.com
*Counsel for Plaintiff*

/s/ Daniel T. Downey
Daniel T. Downey (0063753)
**Fishel Downey Albrecht & Riepenhoff LLC**
7775 Walton Parkway Suite 200
New Albany, OH  43054
(614) 221-1216 - Telephone
(614) 221-8769 - Facsimile
ddowney@fisheldowney.com
*Counsel for Defendants Jennifer Jones, James Pufnock, Robert Hall, and Shaq McCoy*

/s/ Matthew S. Teetor
Matthew S. Teetor (0087009)
Andrew N. Yosowitz (0075306)
TEETOR | WESTFALL
200 E. Campus View Blvd., Ste. 200
Columbus, Ohio 43235
(614) 412-4000  |  Fax (614) 412-9012
mteetor@teetorlaw.com
ayosowitz@teetorlaw.com
*Attorneys for Defendant Brian Tellier*

/s/ David M. Smith
David M. Smith (0079400)
dsmith@meyersroman.com
Matthew R. Janack (0099104)
mjanack@meyersroman.com
Abigail M. M. Sims (0104161)
asims@meyersroman.com
Meyers Roman Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, Ohio4 4122
(216) 831-0042 / Fax: (216) 831-0542
*Attorneys for Defendant Jack M. Hall*