UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY FRY, | ) | CASE NO:  1:24-cv-00126 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| PHIL R. STAMMITTI, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

On June 30, 2026, the parties filed a Notice of Stipulation of Dismissal.  (Doc. 119.)

Pursuant to Rule 41(a)(1)(A)(ii), the matter is hereby DISMISSED with prejudice.


**IT IS SO ORDERED.**


Date:   July 1, 2026                                   _____

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE